UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

PARIS JONES,

                    Plaintiff,

  -against-

EDWARD QUINONES, et al.,

                    Defendants.

19 CV 5524 (NSR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021

NELSON S. ROMÁN, United States District Judge:

    *Pro se* Plaintiff Paris Jones ("Plaintiff") commenced this action on or about June 12, 2019 against Physician Assistant Edward Quinones and Physician Assistant Rhonda Kossef-Salchert ("Defendants") alleging violations of the Fourth, Eighth, and Fourteenth Amendments of the United States Constitution pursuant to 42 U.S.C. § 1983. (ECF No. 2.) On June 29, 2020, Defendants moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 23.) On March 26, 2021, this Court issued an Opinion & Order (the "Opinion") granting Defendants' motion to dismiss without prejudice. (ECF No. 26.) In its Opinion, the Court granted Plaintiff leave to amend his Complaint by April 30, 2021 and noted that if Plaintiff failed to amend the Complaint or request an extension of time to do so, the Complaint would be dismissed with prejudice and the action would be terminated without further notice.

    Plaintiff has failed to file an amended Complaint, request an extension of time, or otherwise communicate with the Court since the issuance of the Opinion. Accordingly, this action is dismissed with prejudice. The Clerk of the Court is kindly directed to mail a copy of this order to *pro se* Plaintiff and show service.

Dated:   June 16, 2021
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge